Judge Hellerstein   10 CV 2742

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X

21 MC 100 (AKH) (ECF)

JOSEPH PERRY,

Docket No.:
10 CV _____

Plaintiff(s),

CHECK-OFF ("SHORT
FORM") COMPLAINT
RELATED TO THE
MASTER COMPLAINT

-against-

THE CITY OF NEW YORK, et al,

PLAINTIFF(S) DEMAND A
TRIAL BY JURY

Defendants.
------------------------------------------------------------X

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Master Complaints for all Plaintiffs were filed on August 18, 2006.

## NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaints are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "X" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, JOSEPH PERRY, by his/her/their attorneys DOUGLAS & LONDON, P.C., complaining of Defendant(s), respectfully allege:

## I. PARTIES

### A. PLAINTIFF(S)

1.   ☒ Plaintiff, JOSEPH PERRY (hereinafter the "Injured Plaintiff"), is an individual and a citizen of the State of New York residing at 2110 1st Avenue, Apt.#2610, New York, New York 10029.

(OR)

2.   Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as Administrator of the Estate of _____.

3. ☐ Plaintiff, (hereinafter the "Derivative Plaintiff"), is a citizen of the State of _____ residing at _____, and has the following relationship to the Injured Plaintiff:

☐ SPOUSE:

☐ Parent ☐ Child ☐ Other: _____

4. In the period from September 12, 2001, until on or about November 2001 the Injured Plaintiff worked for the National Guard as a security guard at:

| ☒ The World Trade Center Site<br>Location(s) (i.e., building, quadrant, etc.) Based upon information known at this time, Plaintiff worked throughout the four quadrants;<br>From on or about September 12, 2001, until on or about November 2001;<br>Approximately 13 hours per day; for<br>Approximately 50-60 days total. | ☐ The Barge<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. |
|---|---|
| ☐ The New York City Medical Examiner's Office<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. | **Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The Injured Plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below: |
| ☐ The Fresh Kills Landfill<br>From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total. | From on or about _____, until _____;<br>Approximately _____ hours per day; for<br>Approximately _____ days total.<br>Name and Address of Non-WTC Site Building/Worksite: _____ |

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

Page 2 of 9

5. Injured Plaintiff

- ☒ Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

- ☒ Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

- ☒ Was exposed to and inhaled or absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

- ☒ Other:
  Not yet determined.

6. Injured Plaintiff

- ☒ Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

- ☐ Made a claim to the Victim Compensation Fund that was denied. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

- ☐ Made a claim to the Victim Compensation Fund that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, the issue of waiver is inapplicable.

- ☐ Made a claim to the Victim Compensation Fund that was granted. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. §40101, Ground-Zero Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

# B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

| | |
|---|---|
| ☒ THE CITY OF NEW YORK ("CITY")<br>　　☒ A Notice of Claim was timely filed and served on March 26, 2010 and<br>　　　　☐ Pursuant to General Municipal Law §50-h the CITY held a hearing on or about _____(OR)<br>　　☒ The CITY has yet to hold a hearing as required by General Municipal Law §50-h<br>　　　　☐ More than thirty days have passed and the CITY has not adjusted the claim.<br>　　　　　　(OR)<br>　　☐ An Order to Show Cause application to:<br>　　　　☐ deem Plaintiff's Notice of Claim timely filed, or in the alternative to grant Plaintiffs' leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc* has been filed and a determination:<br>　　　　　　☐ is pending<br>　　　　　　☐ Granting petition was made on _____.<br>　　　　　　☐ Denying petition was made on _____.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]<br>　　☐ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on _____:<br>　　☐ More than sixty days have elapsed since the Notice of Claim was filed, (and)<br>　　　　☐ the Port Authority has adjusted this claim.<br>　　　　☐ the Port Authority has not adjusted this claim.<br><br>☐ 1 WORLD TRADE CENTER, LLC<br>☐ 1 WTC HOLDINGS, LLC<br>☐ 2 WORLD TRADE CENTER, LLC<br>☐ 2 WTC HOLDINGS, LLC<br>☐ 4 WORLD TRADE CENTER, LLC<br>☐ 4 WTC HOLDINGS, LLC<br>☐ 5 WORLD TRADE CENTER, LLC<br>☐ 5 WTC HOLDINGS, LLC | ☒ AMEC CONSTRUCTION MANAGEMENT, INC.<br>☐ 150 BROADWAY N.Y. ASSOCS. L.P.<br>☐ 160 WATER ST. INC.<br>☐ 30 BROAD STREET ASSOCIATES, LLC.<br>☐ 7 WORLD TRADE CENTER COMPANY, L.P.<br>☐ A RUSSO WRECKING<br>☐ ABM INDUSTRIES, INC.<br>☐ ABM JANITORIAL NORTHEAST, INC.<br>☐ AMEC EARTH & ENVIRONMENTAL, INC.<br>☐ ATLANTIC HEYDT CORP<br>☐ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION<br>☐ BECHTEL CONSTRUCTION, INC.<br>☐ BECHTEL CORPORATION<br>☐ BECHTEL ENVIRONMENTAL, INC.<br>☐ BERCHTEL ENVIRONMENTAL, INC.<br>☐ BFP ONE LIBERTY PLAZA CO., LLC.<br>☐ BFP TOWER C. CO. LLC.<br>☐ BIG APPLE WRECKING & CONSTRUCTION CORP.<br>☐ BOSTON PROPERTIES<br>☒ BOVIS HOLDINGS LIMITED<br>☒ BOVIS INTERNATIONAL, INC.<br>☒ BOVIS LEND LEASE, INC.<br>☒ BOVIS LEND LEASE INTERIORS, INC.<br>☒ BOVIS LEND LEASE LMB, INC.<br>☐ BRANCH SERVICES<br>☐ BREEZE CARTING CORP.<br>☐ BREEZE NATIONAL, INC.<br>☐ BRER-FOUR TRANSPORATION CORP.<br>☐ BROOKFIELD FINANCIAL PROPERTIES, INC.<br>☐ BROWN HARRIS STEVENS,<br>☐ BURO HAPPOLD CONSULTING ENGINEERS, P.C.<br>☐ C&D FIREPROFFING & PLASTERING CORP.<br>☐ C.B. CONTRACTING CORP.<br>☐ CALEDONIAN INSURANCE COMPANY<br>☐ CANRON CONSTRUCTION CORP<br>☐ CANTOR SEINUK GROUP<br>☐ CAPITAL PROPERTIES, INC.<br>☐ CARLOS CONSTURCTION |

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

Page 4 of 9

| | |
|---|---|
| ☐ CIVETTA-COUSINS, JV, LLC<br>☐ Clarcor Air filtration Products, Inc.<br>☐ COMPONENT ASSEMBLY SYSTEMS, INC.<br>☐ CONSOLIDATED EDISON COMMUNCIATIONS HOLDING COMPANY, INC.<br>☐ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>☐ CONSOLIDATED EDISON DEVELOPMENT, INC.<br>☐ CONSOLIDATED EDISON ENERGY, INC.<br>☐ CONSOLIDATED EDISON INC.<br>☐ CONSOLIDATED EDISON SOLUTIONS, INC.<br>☐ CONSULTING ENGINEERS, P.C.<br>☐ COOPER SQUARE REALTY, INC.<br>☐ COORDINATED METALS, INC.<br>☐ CORD CONTRACTING CO., INC.<br>☐ CRAIG TEST BORING COMPANY INC.<br>☐ CUSHMAN & WAKEFIELD, INC.<br>☐ DAKOTA DEMO-TECH<br>☐ DCM ERECTORS, INC<br>☐ DEUTSCHE BANK<br>☐ DIAMOND POINT EXCAVATING CORP<br>☐ DIEGO CONSTRCTION, INC.<br>☐ DIVERSIFIED CARTING, INC.<br>☐ DMT ENTERPRISE, INC.<br>☐ D'ONOFRIO GENERAL CONTRACTORS CORP<br>☐ EAGLE LEASING & INDUSTRIAL SUPPLY<br>☐ EAGLE ONE ROOFING CONTRACTORS INC.<br>☐ EAGLE SCAFFOLDING CO<br>☐ EJ DAVIES, INC.<br>☐ EMPIRE STATE PROPERTIES, INC.<br>☐ EN-TECH CORP<br>☐ ET ENVIRONMENTAL<br>☐ EVERGREEN RECYCLING OF CORONA<br>☐ EWELL W. FINLEY, P.C.<br>☐ EXECUTIVE MEDICAL SERVICSE, P.C.<br>☐ F&G MECHANICAL, INC.<br>☐ FLEET TRUCKING, INC.<br>☐ FRANCIS A. LEE COMPNAY, A CORPORATION<br>☐ FRANCIS MICELLI JR CONTRACTING<br>☐ FTI TRUCKING<br>☐ GILSANZ MURRAY STEFICEK, LLP<br>☐ GLO MANAGEMENT, INC.<br>☐ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC<br>☐ GRUBB & ELLIS MANAGEMENT SERVICES, INC. | ☐ HALLEN WELDING SERVICE, INC.<br>☐ GC CONTRACTING CORP.<br>☐ HIGH-RISE ELECTRIC, INC.<br>☐ HIGH-RISE HOISTING AND SCAFFOLDING, INC.<br>☐ J.P. MORGAN CHASE CORPORATION,<br>☐ JEMB REALTY CORP<br>☐ JP EQUIPMENT RENTAL MATERIALS, INC.<br>☐ KIBEL COMPANIES,<br>☐ LAQUILA CONSTRUCTION INC.<br>☐ LASTRADA GENERAL CONTRACTING CORP<br>☐ LEFRAK ORGANIZATION INC.<br>☐ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER, P.C.<br>☐ LIBERTY MUTUAL MANAGED CARE, INC.<br>☐ LOCKWOOD KESSLER & BARTLETT, INC.<br>☐ LUCIUS PITKIN, INC.<br>☐ LZA TECH-DIV OF THORTON TOMASETTI<br>☐ MANAFORT BROTHERS, INC.<br>☐ MAYORE ESTATES LLC<br>☐ MAZZOCHI WRECKING, INC.<br>☐ MEDCORE MEDICAL AND HOSPITAL SUPPLY<br>☐ MERIDIAN CONSTRRUCTION CORP.<br>☐ MILFORD MANAGEMENT CORP<br>☐ MILSTEIN PROPERTIES CORP.<br>☐ MOODY'S INIVESTORS SERVICE<br>☐ MRA ENGINEERING, P.C.<br>☐ MUESER RUTLEDGE CONSULTING ENGINEERS<br>☐ MURRAY HILL PROPERTIES<br>☐ NACIREMA INDUSTRIES INCORPORATED<br>☐ NEW YORK CRANE & EQUIPMENT CORP.<br>☐ NICHOLSON CONSTRUCTION COMPANY<br>☐ ONE WALL STREET CORPORATION<br>☐ OVE ARUP & PARTNERS, P.C.<br>☐ PETER SCALAMNDRE & SONS, INC.<br>☐ PINNACLE ENVIRONMENTAL CORP<br>☐ PLAZA CONSTRUCTION CORP.<br>☐ PLAZA CONSTRUCTION MANGEMENT CORP.<br>☐ PRO SAFETY SERVICES, LLP<br>☐ PT & L CONTRACTING CORP.<br>☐ REGIONAL SCAFFOLD & HOISTING CO, INC. |

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document.*

| | |
|---|---|
| ☐ ROBERT SILMAN ASOCIATES<br>☐ ROBERT L. GEROSA, INC.<br>☐ ROCKROSE DEVELOPMENT CORP.<br>☐ ROYAL GM INC.<br>☐ RY MANAGEMENT<br>☐ SAB TRUCKING INC.<br>☐ SAFEWAY ENVIRONMENTAL CORP<br>☐ SAKELE BROTHERS, L.L.C.<br>☐ SEASONS INDUSTRIAL CONTRACTING<br>☐ SILVERITE CONTRACTORS<br>☐ SILVERSTEIN PROPERTIES<br>☐ SILVERSTEIN PROPERTIES, INC.<br>☐ SILVERSTEIN WTC FACILITY MANAGER, LLC<br>☐ SILVERSTEIN WTC, LLC<br>☐ SILVERSTEIN WTC MANAGEMENT CO., LLC<br>☐ SILVERSTEIN WTC PROPERTIES, LLC<br>☐ SILVERSTEIN DEVELOPMENT CORP.<br>☐ SILVERSTEIN WTC PROPERTIES LLC<br>☐ SIMPSON GUMPERZ & HEGER INC<br>☐ SKIDMORE OWINGS & MERRILL LLP<br>☐ SURVIVAIR<br>☐ THE BANK OF NEW YORK<br>☐ THE RELATED COMPANIES, LP<br>☐ TISHMAN INTERIORS CORPORATION<br>☐ TISHMAN SPEYER PROPERTIES<br>☐ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN<br>☐ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK<br>☐ TOMASETTI GROUP<br>☐ TORETTA TRUCKING, INC. | ☐ TOTAL SAFETY CONSULTING L.L.C.<br>☐ TRAMMELL CROW COMPANY<br>☐ TRINITY CENTRE, LLC<br>☐ TRIO ASBESTOS REMOVAL<br>☐ TUCCI EQUIPMENT RENTAL CORP<br>☒ TULLY CONSTRUCTION CO., INC.<br>☒ TULLY ENVIRONMENTAL INC.<br>☒ TULLY INDUSTRIES INC.<br>☒ TURNER CONSTRUCTION CO.<br>☒ TURNER CONSTRUCTION COMPANY<br>☒ TURNER CONSTRUCTION INTERNATIONAL, LLC<br>☒ TURNER/PLAZA, A JOINT VENTURE<br>☐ ULTIMATE DEMOLITIONS/CS HAULING<br>☐ VERIZON NEW YORK INC.<br>☐ VOLLMER ASSOCIATES LLP<br>☐ W HARRIS & SONS INC.<br>☐ WEEKS MARINE, INC.<br>☐ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.<br>☐ WFP TOWER A. CO., L.P.<br>☐ WFP TOWER B. CO., L.P.<br>☐ WFP TOWER D. CO., L.P.<br>☐ WHITNEY CONTRACTING, INC.<br>☐ WOLKOW-BRAKER ROOFING CORP<br>☐ WORLD TRADE CENTER PROPERTIES, LLC<br>☐ YANNUZZI & SONS INC.<br>☐ YONKERS CONTRACTING COMPANY, INC.<br>☐ YORK HUNTER CONSTRUCTION, LLC<br>☐ ZAR REALTY MANAGEMETN CORP.<br>☐ ZECKENDORF REALTY<br>OTHER:_____ |
| ☐ Non-WTC Site Building Owner<br>   Name: _____<br>   Business/Service Address: _____<br>   Building/Worksite Address: _____<br><br>☐ Non-WTC Site Lessee<br>   Name: _____<br>   Business/Service Address: _____<br>   Building/Worksite Address: _____ | ☐ Non-WTC Site Building Management Agent<br>   Name: _____<br>   Business/Service Address: _____<br>   Building/Worksite Address: _____ |

*Please read this document carefully.*
*It is very important that you fill our each and every section of this document*

## II. JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☒ Founded upon Federal Question Jurisdiction; specifically ☒ Air Transportation Safety & System Stabilization Act of 2001; (or) ☐ Federal Officers Jurisdiction, (or) ☐ Other (specify): _____; ☐ Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. §1441.

## III. CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the

Case 1:10-cv-02742-AKH   Document 1   Filed 03/26/10   Page 8 of 8